PARKER v. LAW & SONS.

(Decided October 14, 1915.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

H. L. MARTIN, for appellant. W. W. SANDERS, for appellee.

SOMERVILLE, J.—No prejudicial error being shown, the judgment will be affirmed.

ANDERSON, C. J., MAYFIELD and THOMAS, JJ., concur.